UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cr-20524-MOORE/BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDDIE THOMAS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION
## ON PLAINTIFF'S NOTICE OF DISMISSAL

**THIS MATTER** is before the Court on Government's Notice, ECF No. [150], notifying the Court that Plaintiff will not be proceeding on the Petition For Warrant Or Summons For Offender Under Supervision (the "Petition"), ECF No. [130]. The Honorable Chief District Court Judge, Michael K. Moore, referred this matter to the undersigned to take all necessary and proper action with respect to any and all of Defendant's Violations of Supervised Release. ECF No. [138]. After due consideration of Plaintiff's Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, the Court **RECOMMENDS** that this matter be **dismissed without prejudice**.

    **I.    BACKGROUND**

The Petition was filed by United States Probation on August 24, 2020, which alleged that Defendant Eddie Thomas ("Defendant") had committed a single violation of supervised release. *Id.* On September 16, 2020, all matters relating to violations of supervised release as it relates to Defendant were referred to the undersigned. ECF No. [138]. The final revocation hearing on the Petition is presently set for February 22, 2021. ECF No. [149]. On February 16, 2021, the

Government filed the Notice stating that it would not be proceeding on the Petition, and requesting that the pending Petition against Defendant, ECF No. [130], be dismissed without prejudice and that the hearing set for February 22, 2021 be cancelled. Given the Government's Notice, the undersigned will cancel the hearing and **RECOMMENDS** that the Petition that was referred be **DISMISSED**.

## II.     RECOMMENDATION

For the foregoing reasons, this Court **RECOMMENDS** that this matter be **DISMISSED**.

## III.    OBJECTIONS

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court Judge for the Southern District of Florida, within **three (3) DAYS** of being served with a copy of this Report and Recommendation. The Court has shortened the time period given the procedural posture of the matter, and the Government's Notice. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 18 day of February, 2021.

_____
**JACQUELINE BECERRA**
**UNITED STATES MAGISTRATE JUDGE**