**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20524-CR-MOORE/D'ANGELO**

**UNITED STATES OF AMERICA,**

vs.

**EDDIE THOMAS IV,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

    **THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Eddie Thomas IV ("Defendant") (DE 196).

    A Petition for Warrant or Summons for Offender Under Supervision ("Petition"), detailing three alleged violations of Defendant's Supervised Release, was submitted to the Court on November 21, 2024, and an arrest warrant subsequently issued (DE 187, 188). Defendant was arrested and made his initial appearance on December 4, 2024 (DE 192). On December 11, 2024, Defendant filed a Notice of Admission to Supervised Release Violations (DE 199). In the Notice, Defendant stated that he admits to violations one and three in the Petition (*id.*). He further stated that the Government will dismiss violation two (*id.*). The Government filed a Notice of Intent to Dismiss Count Two of Supervised Release Violation Petition the same day, stating that the Government will not proceed on violation two of the Petition and will move to dismiss violation two at the time of sentencing (DE 200).

    Based on the foregoing, the undersigned respectfully recommends that the Court set the matter for a final revocation hearing and sentencing and accept Defendant's admission of guilt to violations one and three, as set forth in the Petition.

2

The Parties will have **fourteen (14) business days** from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Report and Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on this 12th day of December, 2024.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record